# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

**SUNTRUST BANK, N.A.,**             CASE NO. 1:09-CV-00924-TDS
**MARC AND MARYANN MACKY**

**APELLANTS,**

**V.**

**JOHN A. NORTHEN,**

**APPELLEE.**

## NOTICE OF APPEAL

Notice is hereby given that SunTrust Bank, N.A., the Appellant in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment entered in this action on the 6th day of August, 2010.

Respectfully submitted,

This, the 2nd day of September 2010.

                                                    BY: /s/Joseph J. Vonnegut
                                                         JOSEPH J. VONNEGUT
                     The Law Firm of Hutchens, Senter & Britton, P.A.
                                                    4317 Ramsey Street
                                                          P.O. Box 2505
                                         Fayetteville, North Carolina 28302
                           (910) 864-2668 *phone /* (910) 864-6177 *facsimile*
                                 **Attorney for Appellant, SunTrust Bank, N.A.**
                                            North Carolina State Bar No. 32974
                                                      joe.vonnegut@hsbfirm.com

The names of all parties to the judgment, order or decree appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

SUNTRUST BANK, N.A.
Joseph J. Vonnegut, Esq.
The Law Firm of Hutchens, Senter & Britton, P.A.
P.O. Box 2505
Fayetteville, North Carolina 28302
(910) 864-2668
*Attorney for Appellant*

_____

JOHN A. NORTHEN, Chapter 7 Trustee for JOHN G. MCCORMICK, et al
David M. Rooks, Esq.
Stephanie Osborne-Rodgers, Esq.
Northen Blue, LLP
P.O. Box 2208
Chapel Hill, North Carolina 27515-2208
(919) 968-4441
*Attorneys for Chapter 7 Trustee/Plaintiff/Appellee*

_____

MARC MACKY and MARYANN MACKY, Defendants
Robert W. Maitland, Esq.
The Maitland Law Firm
2 Couch Road

Chapel Hill, North Carolina  27514
(919) 265-0800, ext. 101
*Attorney for Co-Defendants/Appellees*

Respectfully submitted,

This, the 2nd day of September 2010.

BY:  /s/Joseph J. Vonnegut
JOSEPH J. VONNEGUT
The Law Firm of Hutchens, Senter & Britton, P.A.
4317 Ramsey Street
P.O. Box 2505
Fayetteville, North Carolina  28302
(910) 864-2668 *phone /* (910) 864-6177 *facsimile*
**Attorney for Appellant, SunTrust Bank, N.A.**
North Carolina State Bar No. 32974
joe.vonnegut@hsbfirm.com

# CERTIFICATE OF SERVICE

I, Joseph J. Vonnegut, attorney for Suntrust Bank, N.A., in the above-entitled action, hereby certify that on the 2nd day of September 2010, electronically filed the foregoing **Notice of Appeal** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:


Robert Nelson Maitland, II
middledistrict@maitlandlaw.com
Counsel for Appellees Marc and Maryann Macky

David M. Rooks, III
dmr@nbfirm.com
Counsel for Appellee John A. Northen

John A. Northen
jan@nbfirm.com
Trustee/Appellee

Michael D. West
Michael_West@ncmba.uscourts.gov
Bankruptcy Administrator


The undersigned further certifies that the foregoing was served on the following, who do not participate in electronic filing under the CM/ECF system, by depositing copies thereof in a depository under the exclusive care and custody

of the United States Postal Service in a postage prepaid envelope properly addressed as follows:

John G. McCormick
ID No. 1079238
Piedmont Correctional Institution
1245 Camp Road
Salisbury, North Carolina 28147

Respectfully submitted,

This, the 2nd day of September 2010.

BY: /s/Joseph J. Vonnegut
JOSEPH J. VONNEGUT
The Law Firm of Hutchens, Senter & Britton, P.A.
4317 Ramsey Street
P.O. Box 2505
Fayetteville, North Carolina 28302
(910) 864-2668 *phone /* (910) 864-6177 *facsimile*
**Attorney for Appellant, SunTrust Bank, N.A.**
North Carolina State Bar No. 32974
joe.vonnegut@hsbfirm.com